**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

CHARLES WESTBROOK,

        Plaintiff,

v.                                                                     Case No. 08-C-338

RN JEAN LUTSEY, RICK RAEMISCH,
WILLIAM POLLARD, and MICHAEL MOHR,

        Defendants.

---

## ORDER

The plaintiff, who is proceeding *pro se*, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. In an order dated October 22, 2008, the court struck the plaintiff's complaint because it violated Federal Rules of Civil Procedure 18 and 20 by containing unrelated claims against multiple defendants at two separate prisons. The court afforded the plaintiff the opportunity to file an amended complaint on or before November 24, 2008. The court also warned the plaintiff that failure to timely submit an amended complaint would result in a dismissal of this action for failure to prosecute. The plaintiff has not filed an amended complaint or otherwise contacted the court.

    **Accordingly,**

    **IT IS ORDERED** that this action be and hereby is **DISMISSED** without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated at Milwaukee, Wisconsin, this 10th day of December, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

2

Case 2:08-cv-00338-JPS   Filed 12/10/08   Page 2 of 2   Document 6